750 A.2d 772

IN THE MATTER OF HARDGE DAVIS, JR., AN ATTORNEY AT LAW.

May 19, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 99–299 concluding that **HARDGE DAVIS, JR.**, of **NEWARK**, who was admitted to the bar of this State in 1977, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to keep client reasonably informed) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities);

And the Disciplinary Review Board having concluded that the period of suspension should commence on the expiration of the three-month suspension from practice imposed by the Court by Order filed October 8, 1999, effective November 1, 1999, which required respondent to provide proof of the filing of a satisfactory accounting in an estate matter to be eligible for reinstatement to practice;

And respondent having submitted proof of the filing of said accounting on March 2, 2000;

And good cause appearing;

It is ORDERED that **HARDGE DAVIS, JR.**, is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 2, 2000; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.